# EXHIBIT A

```
YEN PILCH ROBAINA & KRESIN PLC
6017 N. 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Ty D. Frankel (027179)
TDF@yprklaw.com

YEN PILCH ROBAINA & KRESIN PLC
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123
Telephone: (619) 756-7748
Patricia N. Syverson (020191)
PNS@yprklaw.com
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Glover, on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Carvana, LLC,<br><br>Defendant. | Case No.<br><br>**CONSENT TO BE NAMED PLAINTIFF AND OPT IN TO LAWSUIT** |

I, Julie Glover, pursuant to 29 U.S.C. §§ 216(b) and 256, file this consent to opt in to this lawsuit. I was an employee who worked as a Verification Advocate for Defendant within the prior three years. During my employment with Defendant, I was not paid wages statutorily required by the Fair Labor Standards Act for hours that I worked.

I consent to opt in to this lawsuit and authorize counsel of record to pursue this lawsuit on my behalf, along with all those similarly situated employees of Defendant who I agree to represent. I consent to be the Named Plaintiff in this lawsuit and specifically authorize counsel of record to file suit on my behalf and on behalf of all those similarly situated.

Dated: 09-29-2022

_/s/ Julie Glover_
Julie Glover