1  **YEN PILCH ROBAINA & KRESIN PLC**
   6017 N. 15th Street
2  Phoenix, Arizona 85014
   Telephone: (602) 682-6450
3  Ty D. Frankel (027179)
   TDF@yprklaw.com
4
   **YEN PILCH ROBAINA & KRESIN PLC**
5  9655 Granite Ridge Drive, Suite 200
   San Diego, California 92123
6  Telephone: (619) 756-7748
   Patricia N. Syverson (020191)
7  PNS@yprklaw.com
   Attorneys for Plaintiff
8
   **LITTLER MENDELSON, P.C.**
9  2425 E. Camelback Road, Suite 900
   Phoenix, Arizona 85016
10 Telephone: 602.474.3600
   David B. Jordan
11 djordan@littler.com
   Kimberly Dennis
12 kdennis@littler.com
   Kathleen Banks (pro hac vice pending)
13 kbanks@littler.com
   Attorneys for Defendant
14

15           **IN THE UNITED STATES DISTRICT COURT**

16                      **DISTRICT OF ARIZONA**

17

| | |
|---|---|
| Julie Glover, on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Carvana, LLC, an Arizona limited liability company,<br><br>Defendant. | Case No.:  2:22-cv-01667-DGC<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ENLARGE JOINT CASE MANAGEMENT REPORT REQUIREMENT BY FORTY-FIVE (45) DAYS**<br><br>**(First Request)** |

Plaintiff, Julie Glover ("Plaintiff"), and Defendant, Carvana, LLC ("Defendant"), through their respective counsel, and pursuant to LRCiv 7.3(a), and Fed.R.Civ.P. 6(b), hereby jointly stipulate and request that the Court enter an Order which continues the Telephonic Case Management Conference set for December 14, 2022 at 4:30p.m. and enlarges the Joint Case Management Report preparation requirements of the Court's November 3, 2022 Order Setting Rule 16 Case Management Conference (D.E. 11) by forty-five (45) days. In support of this Joint Stipulation to Continue Case Management Conference and Enlarge Joint Case Management Report Requirement by Forty-Five (45) Days (First Request), (the "Joint Stipulation"), the parties state:

WHEREAS, on September 29, 2022, Plaintiff filed the Collective Action and Class Action Complaint (the "Complaint"), (D.E. 1), as against Defendant;

WHEREAS, on November 3, 2022, the Court entered an Order Setting Rule 16 Case Management Conference, (D.E. 11), which, among other things: (a) set a Telephonic Case Management Conference with the Court for December 14, 2022 at 4:30 p.m.; (b) required the parties to file a Joint Case Management Report on or before December 7, 2022; and (c) required the parties to meet and confer on the Joint Case Management Report preparation on or before December 2, 2022;

WHEREAS, on October 21, 2022, counsel for Defendant notified counsel for Plaintiff that Plaintiff signed a Mutual Arbitration Agreement with Defendant;

WHEREAS, since October 21, 2022, the parties have conferred through counsel on, among other things, the Parties' agreement that the case is subject to the arbitration agreement, as well as pre-arbitration settlement discussions;

WHEREAS, the Parties agree that, pursuant to the Mutual Arbitration Agreement between the Parties, if settlement is unsuccessful, the Parties will mutually stipulate to an arbitrator deciding the merits of the dispute;

WHEREAS, continuance of the December 14, 2022 Case Management Conference and enlargement of the requirements associated with the Joint Case Management Report set forth in the Court's Order Setting Rule 16 Scheduling Conference, by forty-five (45) days,

would assist the parties with their attempts to settle this matter prior to stipulating to submit the case to arbitration, which in either event would obviate the Case Management Conference and Joint Case Management Report;

WHEREAS, the Parties having been exchanging settlement offers, maintain that the additional time to negotiate a potential settlement will likely streamline the litigation, allowing the parties to try to reach a resolution prior to the expense of arbitration and will make it easier to facilitate the approval process of an FLSA settlement so that if the case is resolved it remains before this Court to consider approval of the FLSA settlement;

WHEREAS, Plaintiff and Defendant stipulate that there is good cause for the Court to continue the December 14, 2022 Case Management Conference and the Joint Case Management Report requirement of the Court's Order Setting Rule 16 Scheduling Conference by forty five (45) days;

NOW THEREFORE, based on the foregoing, the Parties, by and through their counsel below, hereby stipulate to the following:

1. The Rule 16 Case Management Conference, (D.E. 11), set for December 14, 2022, be continued for forty-five (45) days; and
2. The Joint Case Management Report is enlarged for forty-five (45) days, or until seven (7) days prior to the Case Management Conference, whichever is later.

DATED:  December 7, 2022

**YEN PILCH ROBAINA & KRESIN PLC**
By:   *s/ Ty D. Frankel*
Ty D. Frankel
6017 N. 15th Street
Phoenix, Arizona 85014

**YEN PILCH ROBAINA & KRESIN PLC**
Patricia N. Syverson
9655 Granite Ridge Drive, Suite 200
San Diego, California 92123

Attorneys for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LITTLER MENDELSON, P.C.**
By: _s/ Kimberly Dennis (w/ permission)_
David B. Jordan
Kimberly Dennis
Kathleen Banks (pro hac vice pending)
2425 E. Camelback Road, Suite 900
Phoenix, Arizona 85016

Attorneys for Defendant