IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Julie Glover, on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Carvana, LLC, an Arizona limited liability company,<br><br>Defendant. | Case No.:  CV-22-1667-PHX-DGC<br><br>**ORDER REGARDING UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL OF INDIVIDUAL CLAIMS WITH PREJUDICE** |

Upon review of the Unopposed Motion for Approval of Settlement and Dismissal of Individual Claims with Prejudice (Doc. 16), and good cause appearing therefore,

**IT IS HEREBY ORDERED** approving the Settlement Agreement, which is attached as Exhibit 1 to the Unopposed Motion for Approval of Settlement and Dismissal of Individual Claims with Prejudice, as a fair and reasonable resolution of this action.

**IT IS FURTHER ORDERED** that Plaintiff's individual claims in this action are dismissed with prejudice and the matter is dismissed, with each side to bear their own attorneys' fees and costs except as otherwise outlined in the Settlement Agreement.

Dated this 3rd day of February, 2023.

David G. Campbell
Senior United States District Judge

- 1 -